IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN SALVATORE, | : | |
| Plaintiff | : | No. 4:14-cv-01848 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MICROBILT CORPORATION, et al., | : | (Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

Before the Court is the October 3, 2016 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 27.) No timely objections have been filed. **ACCORDINGLY**, on this 4th day of November, 2016, upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 27);

2. Defendant MicroBilt Corporation's First Motion to Dismiss for Lack of Jurisdiction (Doc. No. 21), is **GRANTED**;

3. Plaintiff Nathan Salvatore's complaint (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff may amend his complaint within thirty (30) days of the date of this Order to address the pleading deficiencies identified in Magistrate Judge Carlson's Report and Recommendation with respect to standing; and

5. This matter is remanded to Magistrate Judge Carlson for further proceedings.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania